AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>**Tyler Dillard**<br>*Defendant* | )<br>)<br>)  Case No.  25-20238 TLP-cgc<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **Tyler Dillard**                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment      ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition      ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(o) Unlawful possession of a machine gun

Date: 09/25/2025

*Issuing officer's signature*

City and state:  MEMPHIS, TENNESSEE

WENDY R. OLIVER - CLERK, U.S. DISTRICT COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 9/25/25, and the person was arrested on *(date)* 10/1/25
at *(city and state)* Memphis, TN.

Date: 10/1/25

*Arresting officer's signature*

James Ratliffe / DUSM
*Printed name and title*